ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

2022 APR 28  AM 10: 58

DEPUTY CLERK_____ mb

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. |
| UMEKA TREYMANE MYERS | 3-22CR0169-N |

# INFORMATION

The United States Attorney Charges:

### Count One
Theft Concerning Programs Receiving Federal Funds
[Violation of 18 U.S.C. § 666(a)(1)(A)]

1. **Umeka Treymane Myers** was a Dallas County Sherriff's Office employee working in the Inmate Property Vault located at the Lew Sterrett Justice Center in Dallas, Texas. **Myers**, using her authority as a supervisor, engaged in scheme to fraudulently create inmate debit cards and converted the proceeds from those cards to her own use.

2. The County of Dallas, Texas was a local government that received benefits in excess of $10,000 in each of the fiscal one-year periods beginning October 1, 2017, October 1, 2018, October 1, 2019, and October 1, 2020, under a federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of federal assistance.

3. Beginning in early 2018 to in or around March 2021, in the Dallas Division of the Northern District of Texas, the defendant, **Umeka Treymane Myers**, unlawfully,

willfully, and knowingly appropriated property, to-wit, debit cards totaling an amount over $250,000.00, with the intent to deprive the owner, Dallas County, Texas, of property that was under the care, custody, and control of Dallas County, while she was an agent of Dallas County at the time of the offense and the property appropriated came into the defendant's possession by virtue of her status as an agent, in violation of Title 18, U.S.C. § 666(a)(1)(A).

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Marcus Busch*
MARCUS BUSCH
Assistant United States Attorney
Texas Bar No. 03493300
1100 Commerce Street, Ste. 300
Dallas, Texas 75242-1699
Tel: 214.659.8600
Fax: 214.659.8809
marcus.busch@usdoj.gov